ACCEPTED
14-15-00005-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/14/2015 1:22:50 PM
KEITH HOTTLE
CLERK

04-15-00005-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/14/2015 1:22:50 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOURTH SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

IN RE ESTATE OF JACK HIROMI IKENAGA, SR., DECEASED

SANDRA IKENAGA, Appellant

On Appeal from Cause No2011-PC-4330
Probate Court No. 1
Bexar County, Texas

## APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT**:

Now comes DAVID L. MCLANE and hereby files this appearance as attorney of record for SANDRA IKENAGA, Appellant. Appellant, SANDRA IKENAGA, retained DAVID L. MCLANE, and he consents to DAVID L. MCLANE's appearance as attorney of record in this cause.

Respectfully submitted,

MCLANE LAW FIRM
1924 N. Main Ave.
San Antonio, Texas 78212
(210) 736-9966

1

(210) 547-7932 fax
State Bar No. 00795517
**ATTORNEY FOR APPELLANT**
dlmclanelaw@yahoo.com


By:_____
      DAVID L. MCLANE
      State Bar No. 00795517
      Attorney for Sandra Ikenaga


## CERTIFICATE OF SERVICE

This is to certify that on JANUARY 14, 2015, a true and correct copy

of the above and foregoing document was served on each party and attorney

of record, by hand delivery and electronic service.


_____
DAVID L. MCLANE